DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**299 N. FEDERAL MASTER, LLC,**
Appellant,

v.

**TUTOR PERINI BUILDING CORPORATION, TUTOR PERINI CORPORATION,** and **COMET ELECTRIC & EQUIPMENT, LLC,**
Appellees.

No. 4D20-1751

[June 17, 2021]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Jack B. Tuter, Judge; L.T. Case Nos. 19-21995 CACE (07) and 19-24223 CACE (07).

Edward G. Guedes, Michael J. Kurzman and Elizabeth K. Coppolecchia of Weiss Serota Helfman Cole & Bierman, P.L., Coral Gables, for appellant.

H. Eugene Lindsey, III and Justin D. Paul of Katz Barron, Coral Gables, for appellee Tutor Perini Corporation.

PER CURIAM.

*Affirmed.*

CIKLIN, GERBER and CONNER, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***